JUNE 4, 1951.

No. 483. ALABAMA PUBLIC SERVICE COMMISSION ET AL. v. ATLANTIC COAST LINE RAILROAD CO.; and

No. 660. ALABAMA PUBLIC SERVICE COMMISSION ET AL. v. LOUISVILLE & NASHVILLE RAILROAD CO. Appeals from the United States District Court for the Middle District of Alabama. *Per Curiam:* The motions to sub-

944

stitute parties appellant are granted. The judgments are reversed. *Alabama Public Service Commission* v. *Southern R. Co., ante*, p. 341. *Si Garrett*, Attorney General of Alabama, *A. A. Carmichael*, then Attorney General, and *Wallace L. Johnson*, Assistant Attorney General, for appellants. *W. A. Northcutt* and *Robert E. Steiner, Jr.* for appellee in No. 660.